IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMARV D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FORT BENTON AND<br>CHOTEAU COUNTY,<br><br>    Defendants. | CV-25-82-GF-JTJ<br><br><br>ORDER |

On October 10, 2025, Plaintiff Jamarv D. Jackson (Jackson) filed an Amended

Complaint alleging the following causes of action against Defendant City of Fort Benton

(City): Count I: Violation of Civil Rights under 42 U.S.C. § 1983 - Deprivation of Property

Without Due Process; Count II: Violation of Civil Rights under 42 U.S.C. § 1983-

Uunreasonable Seizure; Count III: Violation of Civil Rights under 42 U.S.C. § 1983 -Equal

Protection; Count IV: Violation of the Americans with Disabilities Act (ADA); and

Count V:  Conspiracy to interfere with civil rights.[1]  Jackson's Amended Complaint also alleged the following state law claims against the City: VI: Trespass; Count VII: Forgery; Count VIII: Nuisance; Count IX: Illegal Annexation; Count X: violation of Historic Preservation laws; Count XII: Breach of Contract; and County XIII: Quiet Title. (Doc. 11).

On January 12, 2026, United States Magistrate Judge John Johnston issued a Memorandum and Order granting the City's motion to Dismiss Counts I-V, with leave to amend, and provided Jackson until January 23, 2026, to file an amended complaint. (Doc. 31).  On January 12, 2025, this Court issued an Order granting the City's Motion to Dismiss Jackosn's state law claims, Counts VI-X and XII, and XIII. (Doc. 32).

Jackson failed to comply with the January 23, 2026 deadline to amend his complaint.  Accordingly,

**IT IS ORDERED** that the City's Motion to Dismiss (Doc. 23) this action is GRANTED.

DATED this 16th day of March 2026.

.

_____
Brian Morris, Chief District Judge
United States District Courts

---

[1] As Jackson alleges that Defendants conspired to deprive him of his constitutional property and equal protection rights, the court construed this claim as a violation of his civil rights under 42 U.S.C. § 1983.