UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMARV D. JACKSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FORT BENTON and<br>　CHOTEAU COUNTY,<br><br>　　　　　Choose an item.. | Case No. CV-25-82-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to Order [36], the City's Motion to Dismiss [23] is GRANTED.

　　　Dated this 20th   day of March, 2026

　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　By:　/s/ M. Stewart
　　　　　　　　　Deputy Clerk