IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMARV D. JACKSON,<br>                    Plaintiff,<br><br>vs.<br><br>CITY OF FORT BENTON AND<br>CHOUTEAU COUNTY,<br><br><br>               Defendants. | **No. CV-25-82 BU-BMM**<br><br><br>**ORDER** |

Before the Court is Defendant Chouteau County's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 11). (Doc. 43.) Defendant Chouteau County filed its motion to dismiss on April 16, 2026. (*Id.*) Plaintiff filed a second amended complaint on May 11, 2026. (Doc. 47.) Defendant Chouteau County's Motion to Dismiss is now moot. *Ramirez v. County of San Bernadino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (an amended complaint supersedes an original complaint, rendering the original complaint without any legal effect); *Frazier v. City of Fresno*, 2023 WL 1786228, at *1 (E.D. Cal. Feb. 6, 2023) ("Once an amended complaint is filed, the previous complaint becomes null and void, and generally any pending motion to dismiss that was directed at the previous pleading will by thus rendered moot.")

1

Accordingly, **IT IS ORDERED** that Defendant Chouteau County's Motion to Dismiss (Doc. 43) is **DENIED AS MOOT**. Defendant Chouteau County may file a renewed Motion to Dismiss Plaintiff's Second Amended Complaint within 30 days of this order.

DATED this 19th day of May, 2026.

_____
Brian Morris, Chief District Judge
United States District Court