UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMARV D. JACKSON,<br><br>               Plaintiff,<br><br>  vs.<br><br>CITY OF FORT BENTON AND<br>   CHOUTEAU COUNTY,,<br><br>               Defendants. | Case No. CV-25-82-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED : Defendant Chouteau County's Motion to Dismiss (Doc. 51) is GRANTED. Jackson's claims against Chouteau County are hereby DISMISSED with prejudice. The Clerk of Court is directed to close this case.   .

Dated this 7th   day of August, 2026

TYLER P. GILMAN, CLERK

By:   /s/ M. Stewart
       Deputy Clerk